1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                                  No. 2:24-cv-00373-TLN-KJN

        IN RE:  STEVEN WAYNE BONILLA
12                                                  No. 2:24-cv-00390-TLN-KJN

13                                                  No. 2:24-cv-00391-TLN-KJN

14                                                  No. 2:24-cv-00392-TLN-KJN

15                                                  No. 2:24-cv-00393-TLN-KJN

16                                                  No. 2:24-cv-00399-TLN-KJN

17                                                  No. 2:24-cv-00461-TLN-KJN

18                                                  No. 2:24-cv-00468-TLN-KJN

19                                                  No. 2:24-cv-00504-TLN-KJN

20                                                  No. 2:24-cv-00506-TLN-KJN

21                                                  **ORDER**

22

23

24          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

25   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

26   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

27   proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

28   Alameda County.  (*See Bonilla v. Fresno County*, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

1

13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new pleading and assign it to the undersigned for review.  (*Id.* at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed.  (*Id.*)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.[1]

Accordingly, the complaints/petitions in Case Nos. 2:24-cv-00373, 2:24-cv-00390, 2:24-cv-00391, 2:24-cv-00392, 2:24-cv-00393, 2:24-cv-00399, 2:24-cv-00461, 2:24-cv-00468, 2:24-cv-00504 and 2:24-cv-00506 are hereby DISMISSED.  The Clerk of the Court is directed to close these cases.  No further filings will be accepted.

IT IS SO ORDERED.

Date: March 8, 2024

_____
Troy L. Nunley
United States District Judge

---

[1]    Plaintiff erroneously names the Ninth Circuit Court of Appeals in the caption of the complaint/petition in Case No. 2:24-cv-00504.  To the extent Plaintiff intended to file that complaint/petition in the United States District Court for the Eastern District of California, the Court finds the claims raised therein are related to his Alameda County criminal conviction and are therefore dismissed pursuant to the modified vexatious litigant Order.